JULIA MIKOS, as Administratrix of the Estate of JOHN MIKOS, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Mikos* v. *N. Y. C. & H. R. R. R. Co.*, 118 App. Div. 536, affirmed.
(Argued January 17, 1908; decided January 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 11, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Charles A. Pooley* for appellant.

*H. J. Swift* and *Frank E. Wade* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.